AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Brynnica Brown | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:26-cv-60926-EA |
| | ) | |
| Broward Water Consultants, Inc., | ) | |
| a Florida Profit Corporation | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Broward Water Consultants, Inc.
c/o Joel J Brow, Registered Agent
1394 NE 48th St
Pompano Beach, FL 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reid Levin, PLLC
P.O. Box 880682
Boca Raton, Florida 33488

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Date:  Apr 1, 2026